**Order entered December 17, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-00620-CV**

**CECILIA BERTAUD, Appellant**

**V.**

**WOLNER INDUSTRIES, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-02007-E**

## ORDER

On November 25, 2015, appellant filed both a pro se brief and a motion for an extension of time to retain a lawyer. In a letter dated December 14, 2015, the Court informed appellant her brief was deficient and instructed her to file, within ten days, an amended brief correcting the deficiencies.

We **GRANT** appellant's motion for an extension of time to retain a lawyer. Appellant shall notify this Court, by **JANUARY 18, 2016**, with the name, State Bar number, address, phone number, and email address of new counsel. Appellant's amended brief is now due **JANUARY 28, 2016**.

/s/     ELIZABETH LANG-MIERS
         JUSTICE